Facet means face and in the common understanding is a face cut upon stones for the purpose of increasing their brilliancy. Ordinarily the brilliancy of transparent or translucent stones is increased by the light which shines through the stone, and such stone facets are, ordinarily, placed in such relation to each other as to reflect light from one to the other. See article on lapidary and gem cutting, 13 Encyclopaedia Britannica (1929) 715.

It is true that bevels and facets are cuts, in a broad sense, and a facet may have some of the characteristics of a bevel, but it seems to us that "facet" is a narrower term than either "cut" or "bevel," carrying with it the idea that it must be on the face of the stone for the purpose of increasing the brilliancy of the same. Facets also are used for the same purpose when placed on the portion of the stone which sits below the mounting. * * *

The importance of the cited case is its emphasis of the fact that a facet increases the brilliancy of a stone, irrespective of its location, whether on the face of the stone or on a portion that sits below the mounting.

Plaintiffs' only witness in this case stated that what he called "facets" did not "enhance the brilliance of a stone," and further testified that he did not know what purpose the so-called "facets" served in the merchandise under consideration.

It should be borne in mind that the collector classified the stones in question as not faceted, a finding that carries a presumption of correctness. The record herein is insufficient to show that such finding is incorrect, and does not overcome the presumption of correctness attaching to the collector's action.

The protest is overruled and the collector's classification is affirmed. Judgment will be rendered accordingly.

**No. 56996.**—National Biscuit Co. *v.* United States, protest 187436–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiff was sustained.

**No. 56997.**—Gaillet & Hartig Co., Inc., et al. *v.* United States, protests 191335–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiffs was sustained.